IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUSTIN E. BURTON, | ) | 1:02-cr-5187 AWI |
| | ) | (APPEAL NO. 03-10381) |
| Petitioner, | ) | |
| | ) | ORDER DIRECTING CLERK |
| v. | ) | OF THE COURT TO |
| | ) | DISREGARD DOCUMENT |
| UNITED STATES OF AMERICA, | ) | NUMBERS 77 AND 78 AND |
| | ) | FORWARD SAME TO NINTH |
| Respondent. | ) | CIRCUIT COURT OF |
| _____ | ) | APPEALS |

It has come to the court's attention that two mailings in this case have been filed by defendant/petitioner Austin E. Burton.  The first, Document No. 77 was filed on December 20, 2010, and was titled "Mr. Burton's Request to Recall This Honorable Court's Denial of His 28 U.S.C. § 2255."  The document's caption indicates the document was intended for delivery to the Ninth Circuit of Appeals.  The second, Document No. 78, was filed on June 4, 2012, and is titled "Movant's Petition Seeking Second or Successive § 2255 Relief Title 28 U.S.C. § 2244."  The caption to the second document also indicates the Ninth Circuit Court of Appeals was the intended recipient.  Both documents appear to address proceedings that are not ongoing in this court and the court therefore presumes the documents were mailed to this court in error.

THEREFORE, it is hereby ORDERED the Clerk of the Court shall designate Document No.'s 77 and 78 as FILED in ERROR and shall forward the original documents or copies thereof

to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:     June 22, 2012                                      _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE