# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN BURTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Respondent. | CASE NO. 1:02-CR-5187 AWI<br>　　　(1:16-CV-0773 AWI)<br><br>ORDER STAYING CASE |

On June 2, 2016, the Ninth Circuit granted Petitioner permission to file a successive 28 U.S.C. § 2255 petition. See Cr. Doc. No. 80. Petitioner's petition implicates *Johnson v. United States*, 135 S.Ct. 2551 (2015) and *Welch v. United States*, S.Ct. 1257 (2016). See id. As part of the Ninth Circuit's order, the Ninth Circuit indicated that this Court may wish to stay this case pending the Ninth Circuit's resolution of *Gardner v. United States* (Appeal No. 15-72559), *Jacob v. United States* (Appeal No. 15-73302), and *United States v. Begay* (Appeal No. 15-10080). See Crim. Doc. No. 80. The Court believes that it is prudent to follow the Ninth Circuit's suggestion, and will stay this matter pending the Ninth Circuit's resolution of the above three cases.

Accordingly, IT IS HEREBY ORDERED that this matter is STAYED pending resolution by the Ninth Circuit Court of Appeals of *Gardner v. United States* (Appeal No. 15-72559), *Jacob v. United States* (Appeal No. 15-73302), and *United States v. Begay* (Appeal No. 15-10080).

IT IS SO ORDERED.

Dated:   June 7, 2016                                        _____
　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE