Re:     Austin Elijah Burton
        Docket No:    1:02CR05187-001
        Report and Order Terminating Sentence
        Prior To Original Expiration Date - Notice of Death

Report and Order Terminating Sentence
Prior to Original Expiration Date - Notice of Death

UNITED STATES DISTRICT COURT FOR

THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No:    1:02CR05187-001 |
| | ) | |
| Austin Elijah Burton | ) | |
| | ) | |

On June 30, 2003, the above-named was sentenced to a term of 1,222 months in custody with no supervision to follow for the offenses of Bank Robbery, Armed Bank Robbery, and Carrying a Firearm During a Crime of Violence. While serving his term of custody he was diagnosed with cancer and transferred to the Federal Correctional Complex Hazelton in West Virginia, a lesser security facility, where he was cared for by the Health and Services staff.

In April 2017, this office was notified by the Federal Bureau of Prisons that Austin Elijah Burton was confirmed dead by the West Virginia Department of Health and Human Resources on April 18, 2017 (copy of the notification is on file).  His cause of death was coronary artery disease.  It is accordingly recommended this case be closed.

Re: Austin Elijah Burton
 Docket No: 1:02CR05187-001
 Report and Order Terminating Sentence
 <u>Prior To Original Expiration Date- Notice of Death</u>

Respectfully submitted,

Marlene K. DeOrian
Sr. United States Probation Officer

Dated: May 24, 2017
 Fresno, California
 MKD

REVIEWED BY: Tim D. Mechem
 Supervising United States Probation Officer

Re: **Austin Elijah Burton**
   Docket No: **1:02CR05187-001**
   **Report and Order Terminating Sentence**
   **Prior To Original Expiration Date- Notice of Death**

---

## ORDER OF COURT

It appearing that Austin Elijah Burton is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated: June 7, 2017

_____
SENIOR DISTRICT JUDGE